IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HELEN K. LEE and DAVID LEE**                                                              PLAINTIFF

v.                              **CASE NO. 4:11CV00307 BSM**

**WAL-MART STORES, INC.**                                                              DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice pursuant to a settlement by the parties.

Dated this 30th day of December 2011.

_____
UNITED STATES DISTRICT JUDGE